IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.:

ERIC SCHUMANN,

    Plaintiff,

v.

OXFORD LAW, LLC,

    Defendant.

CIVIL ACTION

8:14 cv2314 T33TBM

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, ERIC SCHUMANN (hereinafter "Plaintiff"), by and through undersigned counsel, hereby sues Defendant, OXFORD LAW, LLC (hereinafter "Defendant"), and alleges as follows:

### PRELIMINARY STATEMENT

1. This is an action for damages arising from violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") and for emotional distress Plaintiff suffered as a result of Defendant and its agents' illegal efforts to collect a consumer debt.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and 15 U.S.C. §1692k(d).

3. Venue is proper in this District under 28 U.S.C §1391(b)(2) as Plaintiff resides herein and the actions complained of occurred herein.



1

## PARTIES

4. Plaintiff is a natural person who at all relevant times has resided in the city of Clearwater, Pinellas County, state of Florida, and is a "consumer" as that term is defined by 15 U.S.C. §1692a(3) of the FDCPA.

5. Defendant is a company doing business in the state of Florida with its office mailing address located at 311 Veterans Highway, Suite 100A, Levittown, Pennsylvania 19056 and has acted as a "debt collector" as that term is defined by 15 U.S.C §1692a(6).

6. The alleged debt is subject to personal, family or household purposes and is a "debt" as defined by 15 U.S.C. §1692a(5) of the FDCPA.

## FACTUAL ALLEGATIONS

7. On or about November 19, 2013, Plaintiff was contacted by Defendant's agent for the first time ("First Call").

8. During the First Call, Defendant began requesting personal information from Plaintiff. Plaintiff informed Defendant that he was unsure of the alleged debt and that he had been the victim of identity theft. As such, Plaintiff refused to provide personal information over the phone without written confirmation of Defendant's identity.

9. Defendant's agent referenced a written demand to Plaintiff from Defendant, but Plaintiff had not received same at the time of the call. Due to his continuing fears arising from the identity theft, Plaintiff continued to refuse to provide his personal information over the telephone to Defendant's agent.

10. Defendant's agent was frustrated by Plaintiff's decision and began to verbally harass Plaintiff and stated that Defendant would track Plaintiff down and make his life horrible.

11. In furtherance of Defendant's agent's threat to "track Plaintiff down and make Plaintiff's life horrible", Defendant began contacting Plaintiff's brother via telephone.

12. On or about November 20, 2013, Plaintiff's brother, John Schumann (the "Brother"), received a telephone call from Defendant's agent that went to voicemail. Defendant's agent left a voicemail that provided the Brother with Plaintiff's account number and a request to provide a return call to Defendant. The Brother then received a second call and a second voicemail wherein Defendant's agent once again provided Plaintiff's account number and requested a call back from the Brother.

13. Believing that the two (2) voicemails left by Defendant's agent related to his own personal affairs, the Brother returned Defendant's telephone call (the "Return Call").

14. During the Return Call, the Brother referenced Plaintiff's account number that had been provided Defendant's agent in the two (2) voicemails left on the Brother's telephone.

15. As a result, Defendant's agent began a course disclosing personal, confidential information relating to Plaintiff, including, but not limited to, disclosing to the Brother that Plaintiff owed a debt and that Defendant was attempting to collect same.

16. Defendant's disclosures to Plaintiff's Brother, while Defendant was attempting to collect a debt was done in violation of the FDCPA. Specifically, Defendant's disclosures to a third-party were done in violation of 15 U.S.C. §1692c(b) and 15 U.S.C. §1692b(2) of the FDCPA.

17. In addition, Plaintiff eventually received the demand letter referenced by Defendant's agent during the First Call.

18. The demand from Defendant was dated November 18, 2013 and provided that the original creditor was "CHASE-WAMU". However, Defendant's client was "MSW CAPITAL".

The amount allegedly due was Ten Thousand Six Hundred Seventy-Two Dollars and fifty-six cents ($10,672.56) (the "Demand"). A true and correct redacted copy of the Demand is attached hereto as Exhibit "1".

19. Prior to being engaged by Defendant, Plaintiff received a demand from a different collection company ("Original Demand"). The Original Demand received by Plaintiff was dated May 9, 2013, and provided that the original creditor was "CHASE-WAMU", that the current creditor was "MSW CAPITAL, LLC" and that the total amount due was only Seven Thousand Eight Hundred Fifty-One Dollars and fifty cents ($7,851.50). A true and correct redacted copy of Original Demand is attached hereto as Exhibit "2".

20. The Original Demand and Defendant's Demand are seeking to collect the same alleged debt, but in different amounts.

21. Between the Original Demand and Defendant's Demand, only one hundred ninety-three (193) days passed.

22. During this one hundred and ninety three (193) day period, the amount due according to Defendant's Demand allegedly increased Two Thousand Eight Hundred Twenty-One Dollars and six cents ($2,821.06) (the "Increase in Debt").

23. Upon information and belief, the Increase in Debt represents an unauthorized charge being improperly added by Defendant.

24. Upon information and belief, the Increase in Debt does not represent a reasonable collection charge or the actual cost of collection.

25. Upon information and belief, the Increase in Debt does not represent reasonable attorneys' fees.

26. The Increase in Debt by Defendant was done in violation of the FDCPA. Specifically, the Increase in Debt violated 15 U.S.C. 1692e, 15 U.S.C 1692e(2)(A) and (B),15 U.S.C. 1692e(10) and 15 U.S.C. 1692f(1) of the FDCPA.

27. As a result of Defendant's actions, Plaintiff suffered, and continues to suffer, personal humiliation, embarrassment, mental anguish and emotional distress.

28. As a result of Defendant's violations of the FDCPA and FCCPA, Plaintiff has suffered actual damages in the form of anger, anxiety, emotional distress, fear, humiliation and frustration, amongst other negative emotions.

### Summary

29. The above-described disclosures of personal information related to the alleged debt were done in violation of the FDCPA and FCCPA, including, but not limited to, all of the above mentioned provisions, amongst others.

### CAUSES OF ACTION

### COUNT I
### VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
### 15 U.S.C. §1692 et seq.

30. Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through 28 above as if specifically stated herein.

31. Defendant's disclosures to Plaintiff's Brother were done in violation of 15 U.S.C. §1692c(b) and 15 U.S.C. §1692b(2) of the FDCPA.

32. Defendant's unauthorized Increase in Debt does not represent reasonable attorneys' fees or reasonable costs of collection and was done in violation of 15 U.S.C. 1692e, 15 U.S.C 1692e(2)(A) and (B),15 U.S.C. 1692e(10) and 15 U.S.C. 1692f(1) of the FDCPA.

33. As a result of Defendant's violation of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. §1692k(a)(I); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A); and reasonable attorney's fees and costs pursuant to 15 U.S.C. §1692k(a)(3) from Defendant.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against Defendant for an award of:

a) Actual damages pursuant to 15 U.S.C. §1692k(a)(1) against Defendant and in favor of Plaintiff;

b) Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against Defendant in favor of Plaintiff; and

c) Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §1692k(a)(3) against Defendant and in favor of Plaintiff.

## TRIAL BY JURY

33. Plaintiff is entitled to and hereby respectfully demands a trial by jury on all issues so triable. *See* US Const. amend. 7. Fed. R. Civ. P. 38.

Dated: 9/11/14

Respectfully Submitted,

By: /s/ Jason S. Weiss
Jason S. Weiss
Florida Bar #356890
jason@jswlawyer.com
Peter S. Leiner
Florida Bar #104527
Peter@jswlawyer.com

# Oxford Law, LLC
311 Veterans Highway
Suite 100 A
Levittown, Pa 19056
(215) 526-2600
Fax (215) 526-2618
**Toll Free (877) 543-6151**
OXFORDLAWPC.COM

6693429
Eric Schumann



November 18, 2013

RE:    Client:                       MSW CAPITAL
      Your Account Number:
      Original Creditor:         CHASE-WAMU
      Original Account Number:     8800

      Amount Due:              $10,672.56

Dear Eric Schumann

This office represents the above named client, MSW CAPITAL, who has placed the above-styled matter for collection. This is a demand for full payment because you have had ample time to pay your debt. Sometimes we can arrange installment payments but you must contact this office for arrangements. At this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

## NOTICE OF IMPORTANT RIGHTS

**UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, WE WILL ASSUME THE DEBT TO BE VALID. IF YOU THE CONSUMER NOTIFY US IN WRITING, WITHIN THE THIRTY DAY VALIDATION PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU, THE CONSUMER, AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY OUR OFFICE. UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY DAY VALIDATION PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.**

Please contact our office at 1-8775436151.

Oxford Law, LLC.

8784489

**This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.**



EXHIBIT "1"

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# IMPORTANT NOTICE OF RIGHTS

*We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights consumers may have under state or federal laws and regulations.*

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Act require that, except under unusual circumstances, collectors may not contact you before 8a.m or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not make false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or to enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR MORE INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE:
www.coloradoattorneygeneral.gov/ca
Address of Law Office: 717 17th Street, Suite 2300, Denver, Colorado 80202
Telephone Number Toll Free, 866-436-4766

**Kansas Residents:** An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living whichever are applicable, may be made or obtained. Within a reasonable period of time after your receipt of this letter, upon your written request for additional information regarding the scope and nature of our investigation, complete and accurate disclosure of the nature and scope of the investigation requested will be provided.

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

*Federal Law or other state laws may also provide you with similar or even greater rights*

## IMPORTANT INFORMATION ABOUT CREDIT REPORTING
Our clients may report information about your account to credit bureaus.

Oxford Law, LLC, reserves the right to monitor and/or record telephone calls for training, quality, and compliance purposes including calls originated by, or made to, Oxford Law, LLC. Calling into Oxford Law, LLC, or accepting a call from Oxford Law, LLC, constitutes permission to record the telephone conversation.

### Payment Instructions for WEBPAY
For your convenience you may pay your account directly by going to www.payoxford.com

### Payment Instructions For Western Union Quick Collect
For your convenience in paying by Western Union, Please note the following instruction, if applicable:
1. Call Western Union at 1-800-325-6000 to locate a Western Union agent closest to you.
2. Obtain Quick Collect payment form from your Western Union agent. Fill out the Quick Collect payment form completely. Make it payable to TJA & Associates. The code city TJA and the state is NJ, the account number will be **your account number** found on the front of this letter.
3. Give the agent the completed Quick Collect form, the payment amount, and the transactions fee (presently $12.95) required and payable to Western Union in cash.
4. You will receive a receipt from the Western Union agent with a ten-digit control number. This number is proof that the money was sent. Please retain that receipt for your records.

Office Location: 311 Veterans Highway, Suite 100 A, Levittown, PA 19056 Phone: 1-877-543-6151 Business Hours: 8:00am-9:00pm Monday-Thursday, 8:00am-5:00pm Friday, Saturday 8:00am-12:00pm (EDST).

OXFORDLAWPC.COM

Oxford Law, LLC

LAW OFFICES OF

# ANDREU, PALMA & ANDREU, PL

701 SW 27TH AVENUE
SUITE 900
MIAMI, FLORIDA 33135
TELEPHONE: (305) 631-0175
FACSIMILE: (305) 631-1816

May 9, 2013

ERIC SCHUMANN

RE: Current Creditor: MSW Capital, LLC
File No.:
Debtor(s): ERIC SCHUMANN
Total Amount Due: $7,851.50
Orig. Creditor: CHASE-WAMU
Orig. Accnt No.: 8800

DEAR MR./MS. SCHUMANN:

Please be advised that MSW Capital, LLC, the Current Creditor-Debt Purchaser, has purchased the account referenced above.

As of the date of this letter, you owe $7,851.50. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the date you pay may be greater. Hence, if you pay the full amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, write the undersigned or call at (305) 631-0175 or toll free at (877) 631-0174.

Unless you dispute the validity of this debt, or any portion thereof within 30 days of receipt of this notice, we will assume that the debt is valid. If you notify us in writing within the 30 day period, that the debt or any portion thereof, is disputed, we will mail you verification of the debt or a copy of a judgment, if one has been entered. If you request in writing within 30 days after receiving this notice, we will provide you with the name and address of the original creditor, if different from the current creditor.

**At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. Furthermore, this firm is currently acting solely in its capacity as a debt collector.**

This is an attempt to collect a debt. Any information obtained will be used for that purpose. All payments are to be mailed to this office. Make your check payable to "Andreu, Palma & Andreu, PL Trust Account." Our file number should be included on all checks and correspondence to insure proper handling and credit of your account.

Very truly yours,

LAW OFFICES OF ANDREU, PALMA & ANDREU, PL

EXHIBIT "2"