IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No.:8:14-cv-02314-VCM-TMB

ERIC SCHUMANN,

    Plaintiff,

v.

OXFORD LAW, LLC,

    Defendant.

_____/

## DECLARATION OF JASON S. WEISS, ESQ. IN SUPPORT OF REQUEST TO ENTER DEFAULT JUDGMENT

JASON S. WEISS, ESQ., hereby certifies as follows:

1. I am an attorney at law in the state of Florida and co-counsel to the, Law Offices of Michael Lupolover, P.C., attorneys for Plaintiff, ERIC SCHUMANN, in the above-captioned litigation. As such, I am familiar with all of the facts set forth below.

2. I submit this Declaration in support of Plaintiff's request for the Entry of Default Judgment against Defendant, OXFORD LAW, LLC pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure.

3. This action was commenced on or about, September 16, 2014, when Plaintiff filed a Complaint against Defendant. **(See Docket Entry Number 1)**

4. On October 3, 2014, Defendant was served with the summons and complaint by personal service. A true and correct copy was filed with the Court. (See Docket Entry Number 4).

5. More than twenty-one (21) days have elapsed since the date on which service of the Summons and Complaint was effective.

6. Neither Plaintiff nor the Court has granted Defendant any extension of time to respond to the Complaint.

7. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

8. The Court Clerk entered default against Defendant on October 31, 2014. (See Docket Entry Number 6).

9. Based on the above, Plaintiff respectfully request that default judgment be entered against Defendant.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

Dated: 11/24/2014

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798

BY: _____
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890
Peter S. Leiner
Peter@jswlawyer.com
Florida Bar No. 104527