IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.:8:14-cv-02314-VCM-TMB

ERIC SCHUMANN,

    Plaintiff,

v.

OXFORD LAW, LLC,

    Defendant.

_____/

    JASON S. WEISS, ESQ., hereby certifies as follows:

1. That the attorney fees and time spent by Jason Weiss, Esq., with regard to the above-captioned case amounted to a total of $3,272.50.

    The total time spent is detailed as follows:

| Employee | Date | Service Rendered | Hourly Rate | Time | Fee |
|---|---|---|---|---|---|
| Paralegal | 11/20/13 | Consultation | 150.00 | 1.5 hour | $225.00 |
| Paralegal | 11/21/13 | Review Evidence/Prep File – Written Statements | 150.00 | 0.75 hours | $112.50 |
| Attorney | 11/27/13 | Attorney Review | 300.00 | 0.75 hours | $250.00 |
| Paralegal | 4/1/14 | File Transmission to Local Counsel | 150.00 | 0.5 hours | $75.00 |
| Attorney | 4/3/14 | Drafted and sent correspondence to Defendant | 300.00 | 0.5 hours | $150.00 |
| Attorney | 9/5/14 | Conference with client | 300.00 | 0.5 hours | $150.00 |
| Attorney | 9/16/14 | Drafted & Filed Summons & Complaint | 300.00 | 3.0 hours | $900.00 |
| Attorney | 10/14/14 | File Return of Service with Clerk | 300.00 | 0.2 hours | $60.00 |
| Attorney | 10/28/14 | Drafted & Filed Clerk's Request for Default | 300.00 | 1.5 hours | $450.00 |
| Attorney | 11/17/14 | Drafted & Filed Motion for Default Judgment | 300.00 | 3.0 hours | $900.00 |
| Attorney | 11/24/14 | Drafted & Filed Motion for Default Judgment | 300.00 | 0.8 hours | $240.00 |
| | | **TOTAL ATTORNEY / PARALEGAL FEES** | | | **$3,512.50** |

2.  That the costs for above captioned case amounted to a total of $478.09.  The total costs are detailed as follows:

| DESCRIPTION | FEE |
|---|---|
| Copies | $2.60 |
| Postage | $.49 |
| Process Server | $75.00 |
| Filing Fee(s) | $400.00 |
| Data Base Technology (DBT) | $.00 |
| **TOTAL COSTS** | **$478.09** |

3.      That the amount due for the claims brought in Plaintiff's Complaint is as follows:

Defendant, OXFORD LAW, LLC:

- $1,000.00 statutory damages pursuant to 15 U.S.C. §1692k;
- actual damages for Defendant's invasion of privacy in an amount to be determined by this Court;
- actual and compensatory damages for Defendant's negligent hiring in an amount to be determined by this Court;
- actual and compensatory damages for Defendant's negligent retention in an amount to be determined by this Court;
- actual and compensatory damages for Defendant's negligent supervision in an amount to be determined by this Court; and
- such other relief as this Court may deem proper.

4.      That the total amount requested for Defendant's Default is $4,990.59, and any additional amount determined by this Court.

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true.

Dated: _11/24/2014_

Respectfully Submitted,

**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Tel: (954) 573-2800
Fax: (954) 573-2798


BY:_____
      Jason S. Weiss
      Jason@jswlawyer.com
      Florida Bar No. 356890
      Peter S. Leiner
      Peter@jswlawyer.com
      Florida Bar No. 104527